UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **MICHAEL W. SCOTT**           )<br>                                                           )<br>        Plaintiff,                             )<br>                                                           )<br>    v.                                                )     AW 03 CV 831<br>                                                           )<br>**CARYLE/RIVERSTONE ENERGY PARTNERS,** )<br>**L.P., RIVERSTONE HOLDINGS, LLC, PIERRE F.** )<br>**LAPEYRE, JR. AND GREGORY BEARD**      )<br>                                                           )<br>        Defendants.                          )<br>_____) | |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that plaintiff hereby voluntarily dismisses this action pursuant to Rule 41(a), F.R. Civ. P. without prejudice.

Respectfully submitted,

/S/
_____
Michael E. Geltner, Esq.
MD Fed. Bar No. 10675
Geltner & Associates, P.C.
Ten E Street, SE
Washington, DC 20003
202-547-1136

Attorney for Michael W. Scott

*MEG/fdb/46-23distcourt/4/03*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the plaintiff's Notice of Voluntary Dismissal was sent via first class mail on this 5th day of May 2003, to the following:

Caryle/Riverstone Energy Partners LP
712 5th Avenue, 14th Floor
New York City, New York 10019

Riverstone Holdings, LLC
712 5th Avenue, 14th Floor
New York City, New York 10019

Gregory Beard
712 5th Avenue, 14th Floor
New York City, New York 10019

Pierre Lapeyre, Jr.
712 5th Avenue, 14th Floor
New York City, New York 10019

/S/
_____
Michael E. Geltner, Esq.

cc:   Clifford Thau
      Vinson & Elkins LLP
      666 Fifth Avenue, 26th Floor
      New York, New York
      917-206-8000

      Attorney for Defendants

*MEG/fdb/46-23distcourt/4/03*